

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

OCT 15 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

Melvin L. Perkins

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

J. Burke

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

Case No.   5:20cv194 DCB MTP

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Melvin L. Perkins |
| All other names by which you have been known: | way |
| ID Number | 43166 |
| Current Institution | Wilkinson county correctional Facility |
| Address | P.O. Box 1889 |
| | Woodville      Miss      39669 |
| | *City*              *State*              *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | J. Burke |
| Job or Title *(if known)* | Doctor |
| Shield Number | |
| Employer | Medical Dept or Gloria Perry |
| Address | Wilkinson county Correctional Facility |
| | Woodville      Miss      39669 |
| | *City*              *State*              *Zip Code* |

☑ Individual capacity      ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ms Jones |
| Job or Title *(if known)* | mail Lady |
| Shield Number | |
| Employer | Scott Middle Brooks |
| Address | Wilkinson county correctional Facility |
| | Woodville      Miss      39669 |
| | *City*              *State*              *Zip Code* |

☑ Individual capacity      ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name LT Jenkins

Job or Title *(if known)* (LT)

Shield Number

Employer Warden MiddleBrooks

Address Wilkinson County correctional Facility

Woodville     Miss     39669

     *City*      *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name Warden oF Security

Job or Title *(if known)* Warden

Shield Number

Employer Warden MiddleBrooks

Address Wilkinson County correctional Facility

Woodville     Miss     39669

     *City*      *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

No Medical, ReFuseMedical, SickCall Slips Throwed away by Nurse HartField because her KinFolk Sheniece HartField a captain at (SMCI) on hawsuil, Medical Mail Being Tamperd by Mail Lady MsJones,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Ms Jones Mail   No Medical Thats helps, half The Time Nurses Lady Throwing away   and Security ReFuse Medical cause They Tired and Medical Mail + also   Won'T To go home or To hide a Incident, Nurse HartField on Mail Fraud and   hawsuit For This crime oF Throwing away sickcalls Tampering

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I ask For Mail SOP To Find could I Request a Mail Back Log on out Going Mail To Prove My Point She ReFuse To Give it SO I Scambleing To Prove she Done it She said Sue me SO I am

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I have been ReFuse Medical Mail Stolen by Ms Jones Mail Lady Set Up For Red+white by Unit Manager brown+ Sargent Donoldson Doctor Burke curse and ReFuse Me Medical (LT) Jenkins Doctord on me hurt Me in Neck and spine she has NO Medical Trainning at all She security Sargent Mason Set a Fight up and ReFuse Me Medical Gave Me 2 RVRs Cause I ask For Medical, Warden OF Security Just Sent me To lock Down and Have No Idea What Took Place In Situation I Never Saw or Talk To him at all

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

**IV.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

No Inside Wilkinson County Correction Facility

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Wilkinson County Correctional Facility

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Round May To Aug of 2020

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Refuse Medical, Set up by Staff, lie on and To by Wardens
Injured by Staff Playing Doctor and Have No Medical Trainning
Sent To lockDown cause I ask For back log "Proof" mail was stolen
Set up by Staff For Red&white cause They Pay More For Red&white
Than Black&white

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have back problems leg and Neck problems Its So bad Im Sitting
here In lockDown In Unbearable Pain Im Injured For life Mental &
Physical Doctor cuss my out an Refuse medical I Need Knee Surgery
From brutal attacks by Staff AFiliated

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Since Evidence has SurFace PlaintiFF Seeks One Million in
PuniTive Damage PlaintiFF Seeks Five hundred Thousand In
Compensatory Damages PlaintiFF Seeks a jury Trial With Attorney
Fees Payed and any an all Court Deems Just That Justice
May be Served.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Wilkinson County Correctional Facility

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

all Claims by MDOC Policy all Better DigIn

This Somebodies Billion Dollar Baby

D. I came Here June OF 2019 On Administative Move From (SmcI) cause OF a Killing OF me Done Dec. 2016-28-30 Were Inmates beat Me To Death cause Ms Hall allowed aFiliated Police With No backGround check Give The order To Inmates To Do This cause Bonnie Lampley, Shetica Lockhart, Shenice e Evans, Rodrick Evans, Warden Regina Reed, had This Done along With Supertendant Marshell Tunner, Elvin Wittaker Now all These Names Were Promoted NOT Demoted by Commissioner Hall Who Done The Killing OF Me Which Was Swept Under a Rug They also had help OF a Federal Judge a Robert H. Walker OF GulFPort and ARP Richard Pennington and Joesph Cooley I also Took a lot OF beatings Obstruction OF Justice From Mark Davis Who has Died With all People Named Now Judge Walker Was Estorting Commissoner Hall Useing Medical Turms OF hurt and wiFe Time Disability In order To Make Ms Hall call and say Judge WhaTs iT Gone Take To GeT Rid OF This She had More NegleeT and Negligent Deaths In The state OF Miss Than a State Such as New York and New york hasn't had That Many Deaths In a year and New york 3 Times The Size OF Miss These Names listed are all Rogue Cops Gang Related, Con-Artis, Street Drug Pedlers, Who had To Find another Way To sale There Drugs Cause Due To Trump Administration Streets No longer SaFe So AFiliated Members Who have No Felonys Move in On Prison System Due To Shortage oF Workers and Milk The state OF Miss and Taxpayers Threw Prison System iF Perkins vs Arnold 1:17-ev-171-LG-RHW be checked look aT all state and Federal charges Denied by Judge Robert T. Walker aFter he goT What He WanTed as PaymenT From MDOC Ms Hall With The help oF Attorney Gen. Jim Hood He Dismiss My case The Killing 187 muder Death Kill On UnExhausted Administrative Remedys With Richard Pennington and Joesph Cooleys help.

All a lie They Said Incident Never happen Rejected My
Claim Which Gave Me Automatic Judical Review I Fought it all
The Way To Supreme Court 5th Circuit Even chose There Side
I Don't Know if They Were payed OFF To or NoT I Stay in
hospital 7 months No Food Jaws crush OFF Skull lost 110 pounds
Takeing Norcotics hole Time Morphine, Demeral, all Kind of
heavy Norcotics For serious Pain It Got so bad They Sent Gang
Members To ImFimary To Kill Me Paid in Dope Ice + spice I
Was Beatup on Random by Red Taggs C.I.D Red Tagg Ms Blount
Dep Warden Who Was over Movement Move Me To B-1 Were I had Red
Taggs as a Favor For Mark Davis + Shenices Evans To get a
beating It get So RuFF Shenices Evans let Inmates Working Under
Color OF State Pass out Regular and Legal Mail They Got holt of my
Childrens Photos and Address Said They'd be Killed if I Told on
all Members So 3 or 4 Members like Shetica Lockhart Got away Due
To her Rank In Ganster Sect For a Wile Till One Day She ask me
In area 7 To let Mark Davis Go cause he Sick I Told her No
I Don't care I said you should be glad I have'nt Told on you
She Said if you Think you have Something on me bring it on so
I had My Family Move To Were They Were Safe So Mad hurt
and Not careing For My own wiFe I Told on EveryThing They Did
To Me EstorTion 7 or 8 Beatings To Stop Me From TestiFying I
Told on Ms Hall, Judge Walker, Everybody Until It Went From 1
Suit To 10 They Were beating Me up So bad Every Week They
had To Administrative Move Me To Wccf I Felt To save My Life

(3)

So Shetica Started a Ring Going On For Police Called The
Code OF honor Its big Now all Over The stat of Miss Its
Were Police or Rogue Cops AFiliated Stick Together On all
Kind OF Felony Acts Done on Prison Grounds C.I.D. To Cause
Most C.I.D. Were Once Cops Themselves Jim Hood had a Saying
Going That Police have Imunity On any charge aSlong as Its Done
on Prison Grounds Now iF Record be checked From 09 To
2015 I had No RVRs Never Wrote a ARP On any One NoThing
I Was a Modle Phisoner I Watched all Names Mention
Do all Type OF DirT Estortion of Taxpayers Sex games, lies,
Stealing Food We prisoners Should have had, Move Drugs With
Watch Commander Gaurding The Area, Who Gone aSk you To leT
Them Search a box being a C/o and Watch Cammander There
Captain Certain UnMarried Men have Sex at Touk Room For
Pay Sale, Hide, and Manufactor Alchol, Drugs, beaTings Killings On
These Police Word, K-9 Take Dope From Dealers Shetica Lockhart
Give Dope RighT back To her Dealers I Never Said NoThing Don't
Mean I DidiT See iT The Escape OF Pretty boy Floyd he
Ran Cause Shenice Evans Was TryingTo have him Killed Takeing
his Food RaTions buT NoT long Shenice Evan Eye GoT On me
She HaTed me For Some Reason I Guess She ThoughT I Told
On The 3 sane her shetica and Rodrick Evans her husban Was
Haveing She PuT a Prejudice Dude On me Oh I beat Him up
Good For her an AB Nobody GoT No Medical or RVR To make

It look like No Incident Took place then she started lying To Shetica lockhart captain of area I saying I was Talking about her saying she like Gay Men Its True but It wasnt my buisness So who cares I Didn't if Medical Records be checked I was catching hell almost Died a couple of Times if hadit been For Nurse Beasley and Ronold E. Woodall Then They Turn her husband against Me other Medical Nurses Mckinsey & Hutchenson They Medical and watch 4 Guys AFiliated Beat Me inFronT B-1 Captain Beasley bld. almost To Death oFFicer bell let Them out She Ran Tower on Electrical Doors and The lady over Movement Put me over at B-1 To GeT a whippen For Mark Davis & Shenice Evans I was GeTTing beatup 3 Times a week on Random Night & Day I was Not only Fighting my cases but For My liFe as well So when I Finnally GoT out of There Made iT To Wcof Ms Brown Part of Code of honor   Ms Shetica Lockhart Started

like I Said Its big Now all over Miss Prison System She scaleing Rooms yea Ms Brown UniT Manager SargenT Donaldson She letting Gangs Tell her what Bell Everybody Go in People getting burn up Dieing at Wcof cause These Sisters oF These AFiliated Guys allowing This To Go own Taxpayers EstorTed To Save Sons, & Fathers, brothers, at the hands oF These Sick Wemen I Tryed My besT To hide From The Seen They Still Found out who I was and Started at me around SeT up Shake Down

That Got Me Put In Red While I had Sor W/ Back
Partners Some White Some black So This little Gangboy Who
Work For Ms Brown hip her To me She New Who I Was
all The Time iT Was comunicated and Set up For Me
To be at WCCF And WhaT Would Take place all along
Cause Karen Brown Unit Manager Over H, M, N, Pods Were I Was
Was Friends With Shetica Lockhart already She New as much
about Me as Shetica Did Cause She had Told her all she New
On me So Karen Brown and her Side Kick Sargent Donaldson
began To GeT at Me but She leT Me See To Much NoT Knowing
Im a VeT To prison Games She Was Useing Promotion Games
On Warden MiddleBrooks Im not sure iF He new and Was
Part oF This or What She buss Dope boys With Dope Take Dope
Everybody Saying Ms Karen brown Doing a Good Job Warden Needs
To promote her but Dude She Took Dope From have The Same
Dope back That Night Saleing iT So iF Administration geT The Drugs
how he geT iT Back by me Knowing a little about RVR Appeals
I beat The Same Appeal 4 Times For The Same phone She
Took 4 Times So iF Ministration Took The phone had iT In There
Costody how he Keep Getting busTed With Same phone They Were
Ginny piggen For her promotions And She Was To later hire
Them as Workers They brothers & Sisters any Way In aFiliations
So Warden Middle Brooks GoT a holt To a ARP I Wrote On Some

Corruption and he had Black Team come get me
They had Remember already Set Me Up For The Fall on
Contraban So I Wrote On Appeal So oF The Corruptions
I'd been Seeing like Some oF What I Explain he Talk To Me
Smooth Talk Now But I Felt a Catch Supose To Move me To
M-pod honor Dorm all This Turn out a lie From Warden Now
I New Then I Was In big Trouble Way Worse Than (Smc I)
been going Down hill Since Now I had 3 or 4 Rack ParTners
buT I have Documents From Attorney Generals oFFice That Say
Melvin Perkins 431466 Was only OFFender Registerd For cell 206
So iF contraban Found In cell 206 and Melvin Perkins only Name
Registerd Who contraban belong To but Melvin Perkins Set up Trap
What happen To other 3 or 4 That been housed Un Authorized
and how count Stay correct See Everybody Was In On This but
Me They Faked a FighT Christepher AusTin and c. Joiner His Rack
all oF The Dope attacks and got payed In Drugs by UniT Manager
Karen Brown + SargenT Donoldson Some one another Police Told Me all
This Thats how I put iT Together Especally aFter I GoT Documents
From Attorney Gen oFFice There Are FalsieFied lies Documents by
Peggy Terrell Case Manager She sleeps With SargenT Donoldson Now
They Put all This Fake Red + White StuFF Together Its In Courts
Now Everyone I Name On lawsuiT Under Judge Micheal T Parker

he Saw it and know I'm Telling The Truth Now Mail
Lady Stole 2 complainTs For Wilkinson County CourT house
and iF Ms J.lyn Dolaney is called For CourT house She Will
Tell you She Said Melvin Send all This back With CourT
Fee Papers and iT Will be Process I Did 2 Times and The
Mail Fell oFF a cliFF I ask Mail Lady Ms Jones Who
Work Close under Warden MiddleBrooks Did She Mail any Out
Going Mail For Me To Wilkinson County CourT House FirsT She
Said No Then me Unaware oF her Game I Said Well The Lady
Over Law Library Stole iT cause Thats Were I leFT iT To be
Mail So She came back and Said yea I Did Mail StuFF To
The court house For you I'm sure buT see alot oF Times yall Say
StuFF They Might NoT answer I Said Ms Jones Good Thang yall
had To Open iT InFronT OF Me So you DidiT GeT To Read What
She Said  She Said Send all This back With Fee Papers and
ComplainT Will be process Why Would She Tell Me That and case
Manager over P, Q, R, Hood They Gave Me Fee accounT Papers Twice and I
Did as She ask and Now She anT Gone Respon I Said Ms Jones
you Took My complainTs both Times She Said Sue me I Said
Naw! Thats a Federal Charge I'm gone let you deal With Them on
That all This can be checked I DonoT Tell lies I have No Tricks
Period. On any OF My cases I'm Trying To leave WCCF

I'm more scared of This Ganster paradise More Than (SmcI) Matter Fact I'd Rather Go back To (smcI) Than To stay here This a Death Trap They Hand picking Killers To cell With Me lock Doors and leave I haven't slepT In 4 or 5 Days GoT InTo a FighT With lasT one Who Killed a Woman stabb her To Death We GoT No medical No Separation and had a one hour bloody battle wile SargenT Mason was In tower Sleep We FoughT To We both Gave OuT She came 3 or 4 hours after She woke up Said Yall won't InFirmary you geT RVR I Said come on With iT I'm hurT She Talk To him in private as iF This Was Plan buT I Must have been Stronger Than They Plan She ask me Nothing Walked oFF later Doctor (LT) JenKins OF SecuriTy Said I had 2 RVR "He" my Rack GoT Nothing and We both FoughT Were his RVRS I SenT all To United States DistricT CourT With a ExplanaTion later I StoodUp Due To bad Head Truma I Fell busT My head Open bleeding bad (LT) JenKins Comes With 2 Nurses and Wheelchair 10 min, later When I woke up (LT) JenKins Was pulling Me To bed She handcuff Rack made him and 2 Nurses With Medical Trainning Stand OutSide Door Wile She DocTored On me With No Gloves on and She has No

9

Medical Trainning at all She cant Even Spell Doctor I'm hurt In My Neck For her Medical Skill In Pain That I didnT cant hardly Write letters I'm hurTing So bad In RighT Sholder running all Way down To down Spine and RighT Figers a PainFul Sinsation all Way down My Fingers RighT WrisT is Super Swole all because oF Doctor Jenkins Who on SecuriTy a (LT) DocTor Burke had Me So Scared The other day Cusin an yelling aT me Told Me GeT The Fuck OuT his OFFice and I Was hurTing So bad I Fell Running away Now I'm aFFraid To go back To Medical Were he aT all I Was Try To Do Was Tell him oF Pain Experinces From DocTorions (LT) Jenkins Did and he WenT oFF on Me as iF he WiTh The Code OF honor DidnT Know Medical Was Involve WiTh Click he Explain To Me last Time I goT Pain He Was Gone help me Fixen iT Were I geT Pain Shots Wbather he here or NoT a lie had Some Nuse check all a lie DidnT order NoThing For Pain For Me Plus My Kops 3 Weeks behind Everybody goT There's I goT NoThing he Saying on Second step Response Medical AttempTs To Give The besT Medical care possible Well Maybe He on Dope or Alchohol and Mistaken Me For one That he helps This Man lately anT help Me Period I Can't Even geT Him To call Dr Perry and he The one Telling Me I Need Surgery on RighT Knee he Cussin and yelling cause I ask For Pain Meds he OFFerd Me

10

Maybe he on something Real heavy and he Dont
Relize What he saying and Doing Ms Jones Just
left Door a Professional "Supose To be" Telling These
Men In The Zone Im In here For Rape cause I
ask For back Log on Out Going Mail Which Will
Prove Who lieing I have sop on MDOC Policy on Mail
She lieing saying her Friend cant Give Me back Log on Out
Going Mail From May To July if The court Will Supena The
log iT Will Show cause I have copys Fraud + Tampering 40 To
50 cents cause I Was Charge For This Mail She Throwed iT
Was hid or burn it and iT Never Reach iTs Destination she has
Use Mail Fraud + Tampering Plus had me move To a-black lock Down
say To Warden OF security I Threaten To Rape Her Well It WillaLL come out
In court.

Melvin Perkins

2/31/64

IV. Statement Of Claim

My Mail has been Found Tamperd With I have been lied To by Mail People Were a claim To Wilkinson court house has been come up Missing Twice, Ms Jones Mail Lady Said "Sue Me"

Doctor Burke
Cussin and yelling has Refuse Medical lied To My Face on Pain meds I Never Recieved and got Mad cause I ask For What He OFFerd Me.

(LT) Jenkins   Came To cell 101 P-Pod With a Wheelchair With 2 Nuses Handcuff Rack Partner Who I Fought 1 hour In a bloody battle She has Injured My Right side Neck and Spine Doctoring on me When she had No Gloves on and No Medical Experience at She Security.

Warden OF Security
he place Me In LockDown on Ms Jones Ward Didn't access The Situation or here My Side at all and has had it In For Me all along He as a Warden has lied on many Occations and I Feel Im In life Indangerment being around Him and He In control OF My life Situation, He also Mad cause he over Security but Playing cat and mouse With These young black single Parent Mothers Who Under his command My light Fixture Was broke 6 Months No one counted cell 101 P-Pod For a Month a lady OFFicer Told me it Sound as if you being Set Up again For escape No lights She said is a Security Breech So I Told Warden Castro all That Was Told To Me he Fix The Situation In 30min So Warden OF Security Mad cause his Plan Blue Up In his Face.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Wilkinson County Correctional Facility Ihap Dept.

2.  What did you claim in your grievance?

all as stated

3.  What was the result, if any?

Still pending beT Ready For Judical Review

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I Went all The Way Until Ihap Told Me I could Seek help On Judical Review-

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   I File and Steps Required For Finnish
   Inside This Packet

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I Saw No one To Explain any Thing To I Was Writeing
   a grievance and a (LT) male came Told Me pack up Warde off en
   or Security Said put you In lock Down later I get RVR From Ms Jones
   Mail Lady Accusing Me of What she Told Zone About Me on
   Some Rape case She Saying Im In Prison conviction Now on

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Its Done

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

   Its Inside Packet

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Melvin L. Perkins
     Defendant(s)   Scott MiddleBrooks   Karen Brown

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     Western Divison United States District Court

3.   Docket or index number     ~~5:19-CV-50-MTP~~ 1:19-CV-00916
                                                                      HSO
                                                                      JCG

4.   Name of Judge assigned to your case
     John C. Gargiulo

5.   Approximate date of filing lawsuit
                                     2019 No later Than 2020

6.   Is the case still pending?

     ☑ Yes

     ☐ No

     If no, give the approximate date of disposition.   Still Pending

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

                       Still Pending

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
                              C/es

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Melvin L. Perkins

Defendant(s)   Scott Middlebrooks Karen Brown UnKnow Green UnKnow Mcray, Unknown Teral, Case No. 5:20-CV-00198-DCB-MTP

2.   Court *(if federal court, name the district; if state court, name the county and State)* Unknow Donldson

Western Divison   United States District Court

3.   Docket or index number   5:20-CV-00198-DCB-MTP

4.   Name of Judge assigned to your case   Micheal T Parker

5.   Approximate date of filing lawsuit   round 2020

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition   Still Pending

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still Pending

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Yes

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8-25-2020

Signature of Plaintiff   _Melvin L. Perkins_
Printed Name of Plaintiff   _Melvin L. Perkins_
Prison Identification #   _431606_
Prison Address   _WccF P.O. Box 1889_
_Woodville_          _Miss_      _39669_
                City          State      Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
                City          State      Zip Code
Telephone Number   _____
E-mail Address   _____